In the Matter of the Application to Punish FRANCES A. BACKUS, Respondent, for a Contempt of Court.

HENRY D. MERCHANT, Appellant.

*Matter of Backus*, 91 App. Div. 266, affirmed.
(Argued October 5, 1904; decided October 25, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1904, which reversed an order of Special Term granting a motion to punish the respondent herein for a contempt of court.

The following question was certified :

" Has the Supreme Court, at a Special Term held in the county of New York, jurisdiction to punish a judgment debtor as for a contempt in refusing to answer questions and to obey the direction of a referee appointed in proceedings supplementary to execution instituted before a county judge of Rensselaer county, the judgment having been docketed in such county, and an execution having been issued to the sheriff of such county and returned unsatisfied, and the referee having been appointed by the county judge before whom the special proceeding was pending and the reference proceeding in the county in which the referee was appointed ; the judgment having been rendered by the Supreme Court at New York county ? "

*Abel Merchant, Jr.*, and *Henry D. Merchant*, in person, for appellant.

*Thomas O'Connor* and *John L. Hill* for respondent.

Order affirmed, with costs, on prevailing opinion below, and question certified answered in the negative.

Concur : CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent : GRAY and HAIGHT, JJ.